# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT HOLMES, III,

        Plaintiff,

vs.

METROPOLITAN POLICE DEPARTMENT, et al.

        Defendants.

Case No. 2:13-cv-00877-APG-GWF

**ORDER**

    On November 18, 2013, the Clerk of the Court issued summonses to the named Defendants in Plaintiff's Complaint (#8) and hand delivered them to the U.S. Marshal Service for service. *See Dkt. #9-10.* Plaintiff contends that he submitted the USM-285 forms to the U.S. Marshals for service, but never received a response. Plaintiff then brought his Motion to Extend Time to Serve (#11), which the Court granted on March 26, 2014. *See Order #12.* Pursuant to Order (#12), the Clerk of the Court issued summonses to the named defendants and delivered the same to the U.S. Marshals for service on March 26, 2014. *See Dkt. #13.* Proof of service of the Summonses and Complaints were due by May 19, 2014. *See Doc. #12.* After review of the docket, it appears that a return of service has not been filed. Accordingly,

    **IT IS HEREBY ORDERED** that the United States Marshal Service, District of Nevada, shall file a status report with the Court by **June 6, 2014**, regarding the status of service on Defendants R. Anderson, D. Franc, Julie Holl, Kevin M. Kelly, Kelly & Sullivan, LTD., Metropolitan Police Department, Brad Nickell, Roger Palmer, Sean P. Sullivan, Tourist Safety Unit, and U.S. Immigration Customs Enforcement (ICE) Task Force.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall deliver a copy of this order to the U.S. Marshal Service, District of Nevada.

DATED this 21st day of May, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge