1

2

3

4   **UNITED STATES DISTRICT COURT**

5   **DISTRICT OF NEVADA**

6

7   ROBERT HOLMES, III,                                    )
                                                           )
8                     Plaintiff,                           )
                                                           )       Case No. 2:13-cv-00877-APG-GWF
9   vs.                                                    )
                                                           )       **ORDER**
10  METROPOLITAN POLICE                                    )
    DEPARTMENT, et al.                                     )       Motion to Serve Unserved
11                                                         )       Defendants (#27)
                                                           )
12                    Defendants.                          )
    _____                   )

13

14          This matter comes before the Court on Plaintiff's Motion to Serve Unserved Defendants

15  (#27), filed on June 23, 2014.

16                              **BACKGROUND**

17          On March 26, 2014, the Clerk of the Court issued summonses to Defendants R. Anderson,

18  P. Fielding, D. Franc, Julie Holl, Kevin M. Kelly, Kelly & Sullivant, Ltd., Metropolitan Police

19  Department, Brad Nickell, Roger Palmer, Sean P. Sullivan, Tourist Safety Unit, and to the U.S.

20  Immigration Customs Enforcement (ICE) Task Force. *See Dkt. #13.*  The U.S. Marshal Services

21  filed the returned summonses, indicating Defendants R. Anderson, D. Franc, Kevin M. Kelly, Brad

22  Nickell, Roger Palmer, and Sean P. Sullivan were personally served. *See Dkt. #15, #17, #19.*  The

23  summonses issued for Defendants P. Fielding, Julie Holl, Kelly & Sullivan, Ltd., Metropolitan

24  Police Department, Tourist Safety Unit, and the U.S. Immigration and Customs Enforcement (ICE)

25  Task Force were returned unexecuted. *See Dkt. #16, #18.*

26          The Court granted Plaintiff's motion to extend time to serve the Defendants in part,

27  extending the proof of service deadline to August 5, 2014. *See Dkt. #21.*  On June 23, 2014,

28  Plaintiff filed the present motion to serve the unserved Defendants. *See Dkt. #27.*

## I. Officer Julie Holl

The unexecuted summons for Defendant Julie Holl indicated that the Las Vegas Metropolitan Police Department ("LVMPD") had no record of the listed individual. *See Dkt. #16.* Plaintiff alleges that Officer Julie Holl was the lead detective on his case whose name appears on all the paperwork including search warrants and arrest reports. *See Dkt. #27.* Additionally, in its Motion to Dismiss (#25), Defendant LVMPD indicates that Officer Julie Holl was one of the officers who executed the search warrant at Plaintiff Holmes' residence on September 8, 2006. The Court now orders the Clerk of the Court to issue a summons to Defendant Julie Holl and deliver the same with a copy of the complaint to the U.S. Marshals for service. Plaintiff shall provide the U.S. Marshals with a completed USM-285 form for Defendant Julie Hall for service.

## II. Officer P. Fielding

The unexecuted summons for Defendant P. Fielding indicated that LVMPD lists the named individual as retired. *See Dkt. #18.* Plaintiff requests the Court order the Defendants to provide the last known address of Defendant Fielding under seal. *See Dkt. #27.* In its Errata to Defendants' motion to dismiss complaint (#28), Defendant LVMPD through its counsel, the law firm of Marquis Aurbach Coffing, indicated that it represents Defendant P. Fielding on behalf of LVMPD. *See Dkt. #28.* Therefore, the Las Vegas Metropolitan Police Department shall either file an acceptance of service on behalf of Defendant P. Fielding, or file Defendant P. Fielding's last known address under seal to effectuate service.

## III. Las Vegas Metropolitan Police Department

The unexecuted summons for Defendant LVMPD indicated that the U.S. Marshals were unable to serve the named defendant without form USM-285. *See Dkt. #18.* The Court now orders the Clerk of the Court to issue a summons to Defendant Las Vegas Metropolitan Police Department and deliver the same with a copy of the complaint to the U.S. Marshals for service. Plaintiff shall provide the U.S. Marshals with a completed USM-285 form for Defendant LVMPD for service.

## IV. Las Vegas Metropolitan Police Department - Tourist Safety Unit

The unexecuted summons for Defendant LVMPD - Tourist Safety Unit indicated that the U.S. Marshals were unable to serve the named defendant without form USM-285. *See Dkt. #18.*

1 The Court now orders the Clerk of the Court to issue a summons to Defendant LVMPD - Tourist

2 Safety Unit and deliver the same with a copy of the complaint to the U.S. Marshals for service.

3 Plaintiff shall provide the U.S. Marshals with a completed USM-285 form for Defendant LVMPD -

4 Tourist Safety Unit for service.

5 ### V.   U.S. Immigration and Customs Enforcement (ICE) Task Force

6 The unexecuted summons for Defendant U.S. Immigration and Customs Enforcement (ICE)

7 Task Force indicated that the U.S. Marshals were unable to serve the named defendant without

8 form USM-285. *See Dkt. #18.*   The Court now orders the Clerk of the Court to issue a summons

9 to Defendant U.S. Immigration and Customs Enforcement (ICE) Task Force and deliver the same

10 with a copy of the complaint to the U.S. Marshals for service. Plaintiff shall provide the U.S.

11 Marshals with a completed USM-285 form for Defendant U.S. Immigration and Customs

12 Enforcement (ICE) Task Force for service.

13 ### VI.   Kelly & Sullivan, Ltd.

14 The unexecuted summons for Defendant Kelly & Sullivan, Ltd., indicated that the U.S.

15 Marshals were unable to serve the named defendant without form USM-285. *See Dkt. #18.* The

16 Court now orders the Clerk of the Court to issue a summons to Defendant Kelly & Sullivan, Ltd.,

17 and deliver the same with a copy of the complaint to the U.S. Marshals for service.  Plaintiff shall

18 provide the U.S. Marshals with a completed USM-285 form for Defendant Kelly & Sullivan, Ltd.,

19 for service.

20 ### VII.   J. Kramarczyk, B. Fulmer, and S. Sampilo

21 Plaintiff alleges that he never received returns from the U.S. Marshals regarding Defendants

22 J. Kramarczyk, B. Fulmer, and S. Sampilo.  Pursuant to the Court's Order (#7), Plaintiff was

23 permitted to pursue his action against the three previously named Defendants in their individual-

24 capacity.  The official-capacity suits against the three named Defendants, however, were dismissed

25 with prejudice. *See Dkt. #7.*  Defendants J. Kramarczyk, B. Fulmer, and S. Sampilo were

26 inadvertently terminated from the case pursuant to Order (#7).  Therefore the Court will instruct the

27 Clerk of the Court to revoke the terminated statuses and issue summonses to the three Defendants

28 and deliver the same with a copy of the Complaint to the U.S. Marshals for service.  Plaintiff shall

1    provide the U.S. Marshals with completed USM-285 forms for Defendants J. Kramarczyk, B.

2    Fulmer, and S. Sampilo for service.  Accordingly,

3         **IT IS HEREBY ORDERED**  Plaintiff's Motion to Serve Unserved Defendants (#27) is

4    **granted**.

5         **IT IS FURTHER ORDERED** that the Clerk of the Court shall issue a summons to

6    Defendant Julie Holl and deliver the same with a copy of the complaint to the U.S. Marshals for

7    service.  Plaintiff shall provide the U.S. Marshals with a completed USM-285 form for Defendant

8    Julie Holl for service.

9         **IT IS FURTHER ORDERED** that the Las Vegas Metropolitan Police Department shall

10   either file an acceptance of service on behalf of Defendant P. Fielding or file Defendant P.

11   Fielding's last known address under seal by **July 14, 2014**.

12        **IT IS FURTHER ORDERED** that the Clerk of the Court shall issue a summons to

13   Defendant Las Vegas Metropolitan Police Department and deliver the same with a copy of the

14   complaint to the U.S. Marshals for service. Plaintiff shall provide the U.S. Marshals with a

15   completed USM-285 form for Defendant LVMPD for service.

16        **IT IS FURTHER ORDERED** that the Clerk of the Court shall issue a summons to

17   Defendant LVMPD - Tourist Safety Unit and deliver the same with a copy of the complaint to the

18   U.S. Marshals for service.  Plaintiff shall provide the U.S. Marshals with a completed USM-285

19   form for Defendant LVMPD - Tourist Safety Unit for service.

20        **IT IS FURTHER ORDERED** that the Clerk of the Court shall issue a summons to

21   Defendant U.S. Immigration and Customs Enforcement (ICE) Task Force and deliver the same

22   with a copy of the complaint to the U.S. Marshals for service. Plaintiff shall provide the U.S.

23   Marshals with a completed USM-285 form for Defendant  U.S. Immigration and Customs

24   Enforcement (ICE) Task Force for service.

25        **IT IS FURTHER ORDERED** that the Clerk of the Court shall issue a summons to

26   Defendant Kelly & Sullivan, Ltd., and deliver the same with a copy of the complaint to the U.S.

27   Marshals for service.  Plaintiff shall provide the U.S. Marshals with a completed USM-285 form

28   for Defendant Kelly & Sullivan, Ltd., for service.

1        **IT IS FURTHER ORDERED** that the Clerk of the Court shall revoke the terminated

2  statuses as to Defendants J. Kramarczyk, B. Fulmer, and S. Sampilo and issue summonses to the

3  named Defendants and deliver the same with a copy of the Complaint to the U.S. Marshals for

4  service.  Plaintiff shall provide the U.S. Marshals with completed USM-285 forms for Defendants

5  J. Kramarczyk, B. Fulmer, and S. Sampilo for service.

6        **IT IS FURTHER ORDERED** that the U.S. Marshals shall serve the named, unserved

7  Defendants and file a status report with the Court by **July 31, 2014.**

8        DATED this 26th day of June, 2014.

9

10                                                             _George Foley Jr._

11                                             GEORGE FOLEY, JR.

                                         United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28