# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT HOLMES, III,                                   )
                                                      )
                        Plaintiff,                    )
                                                      )        Case No. 2:13-cv-00877-APG-GWF
vs.                                                   )
                                                      )        **ORDER**
METROPOLITAN POLICE                                   )
DEPARTMENT, et al.                                    )
                                                      )
                        Defendants.                   )
_____                )

   This matter is before the Court on Plaintiff Robert Holmes III's Motion to Amend Complaint (#78), filed on December 16, 2014. Defendants Las Vegas Metropolitan Police Department (LVMPD), Tourist Safety Unit (TSU), Roger Palmer, Ryan Anderson, Bradley Nickell, P. Fielding, Dale Franc, and B. Fulmer filed an opposition (#83) on January 2, 2015. This matter is also before the Court on Plaintiff Robert Holmes III's Motion to Appoint Investigator (#79), filed on December 16, 2014. Finally, this matter is also before the Court on Plaintiff Robert Holmes III's Motion for Clarification (#80), filed on December 16, 2014. Defendants LVMPD, TSU, Palmer, Nickell, Fielding, Franc, and Fulmer filed an opposition (#82) to this motion on January 2, 2015.

   Plaintiff's motions focus on the identity of Defendant Julie Holl. As the Defendants note in their opposition to the motions (#82 and 83), they have already provided the last known name and address of Defendant Holl to the Court *in camera*. (#73). Defendant LVMPD provided Holl's address and other name: Julie Hager. This information was used to issue summons on the Plaintiff's behalf, the service of which has been unsuccessful. Plaintiff now requests leave to amend his complaint to name Julie Holl/Julie Hager, for appointment of an investigator to find

Defendant Holl/Hager, and for clarification from the other Defendants as to Defendant Holl/Hager's true name and identity.

Plaintiff's Motion to Amend (#78) also contains a request to add Lieutenant C. Nichols, p-#4398, despite the title of the motion reading "Motion to Amend Complaint for the Sole Purpose of Adding P#6004 Julie Hager AKA Julie Holl." Plaintiff has not shown good cause to add Lt. Nichols as a Defendant. However, although Plaintiff has already named Julie Holl as a Defendant, he will be permitted to amend his complaint to include "Julie Hager" as the other name of Julie Holl.

Plaintiff's Motion to Appoint an Investigator (#79) to discover the identity of Julie Holl is moot. The last known name and address of the Defendant were provided by Defendant LVMPD. There is no question as to her identity, and no need to appoint an investigator. Furthermore, there is no authority for the Court to appoint an investigator for an indigent Plaintiff.

Finally, Plaintiff's Motion for Clarification (#80) is moot. The required information about Defendant Holl's identity has been provided. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Amend Complaint (#78) is **granted in part and denied in part**. The Plaintiff may amend the Complaint to add Julie Holl's other name of Julie Hager. The Plaintiff may not add Lt. C. Nichols to the Complaint.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Appoint Investigator (#79) is **denied**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Clarification (#80) is **denied**.

DATED this 6th day of January, 2015.

GEORGE FOLEY, JR.
United States Magistrate Judge

2