# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT HOLMES, III,

        Plaintiff,

vs.

METROPOLITAN POLICE DEPARTMENT, et al.

        Defendants.

Case No. 2:13-cv-00877-APG-GWF

**ORDER**

      This matter is before the Court on Plaintiff Robert Holmes III's Motion of Service for 1 Defendant (#85), filed on January 8, 2015.

      The Plaintiff again requests that the Court appoint an investigator to locate defendant Julie Hager / Julie Holl. The Court ruled on this motion previously in Order #84, filed on January 7, 2015. There, the Court held that there was no authority to appoint an investigator for an indigent Plaintiff, and that there was no question of the Defendant Holl's true identity. The Court denied the motion to appoint an investigator. It appears that the Defendant submitted the instant motion before the Court's Order #84 was filed, and therefore could not have seen the ruling before filing his motion. Nonetheless, the Court will again deny the Plaintiff's motion. Accordingly,

      **IT IS HEREBY ORDERED** that the Plaintiff's Motion of Service for 1 Defendant (#85) is hereby **denied**.

      DATED this 12th day of January, 2015.

*George Foley Jr.* (signature)
GEORGE FOLEY, JR.
United States Magistrate Judge