**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| ROBERT HOLMES, III, | Case No. 2:13-cv-00877-APG-GWF |
| Plaintiff, | |
| v. | **ORDER** |
| METROPOLITAN POLICE DEPARTMENT, *et al.*, | |
| Defendants. | |

In light of Plaintiff Robert Holmes, III's Amended Complaint (Dkt. #87), the following motions are denied as moot:

- Defendants Kelly & Sullivan, Ltd., Sean P. Sullivan and Kevin M. Kelly's Motion to Dismiss (Dkt. #22), and

- Defendant Las Vegas Metropolitan Police Department's Motion to Dismiss (Dkt. #25).

IT IS SO ORDERED.

DATED: February 27, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE