UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT HOLMES, III,<br><br>           Plaintiff,<br><br>vs.<br><br>METROPOLITAN POLICE<br>DEPARTMENT, *et al.,*<br><br>           Defendants. | Case No. 2:13-cv-00877-JAD-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Motion for Extension of Time to Serve Defendant Julie Hager (#107), filed on August 17, 2015.

Plaintiff seeks a 30 day extension of time to serve Defendant Julie Hager. Plaintiff represents that he has tried "over and over" to serve the Defendant, but offers no details on those attempts. The Court cannot determine if good cause exists for the extension of time without more information on the attempts the Plaintiff has made at serving Defendant Hager. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension of Time to Serve Defendant Julie Hager (#107) is **denied** without prejudice.

**DATED** this 24th day of August, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge